## 59723. THOMAS v. THE STATE.

SMITH, Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

ARGUED APRIL 15, 1980 — DECIDED JULY 2, 1980 —
REHEARING DENIED JULY 17, 1980 —

*J. M. Raffauf,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Benjamin*

*H. Oehlert, III, Assistant District Attorneys,* for appellee.